THE PEOPLE OF THE STATE OF NEW YORK ex rel. EDWIN DEJESUS, Appellant, v THOMAS POOLE, as Superintendent of Five Points Correctional Facility, Respondent. [855 NYS2d 391]— Appeal from a judgment of the Supreme Court, Seneca County (Dennis F. Bender, A.J.), entered March 1, 2007 in a habeas corpus proceeding. The judgment dismissed the petition.

It is hereby ordered that the judgment so appealed from is unanimously affirmed without costs for reasons stated in the decision at Supreme Court. Present—Smith, J.P., Lunn, Fahey, Pine and Gorski, JJ. [*See* 15 Misc 3d 1101(A), 2007 NY Slip Op 50446(U) (2007).]